**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000060
01-AUG-2013
09:50 AM**

NO. CAAP-13-0000060

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEEWARD INTEGRATED HEALTH RESOURCES, dba
INTEGRATED HEALTH SERVICES, Plaintiff-Appellee, v.
GENEVIEVE WALKER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC12-1-608)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the motion for reconsideration of the order of July 16, 2013 denying consolidation of appeals CAAP-13-0000060 and CAAP-12-0000172, filed July 25, 2013, by Defendant-Appellant Genevieve Walker (Appellant), pro se, the supporting memorandum of points and authorities, filed July 28, 2013, by Appellant, the papers in support,[1] and the record,

This court's July 16, 2013 Order Denying Defendant-Appellant's July 3, 2013 Motion for Consolidation of Appeals CAAP-12-0000172 and CAAP-13-0000060 was premised on the fact that

---

[1] Appellant is cautioned that all documents supporting any motion for an order or other relief shall be filed contemporaneously. Future failure to do so may result in denial of the requested relief.

the court dismissed appellate case number CAAP-12-0000172 on May 31, 2012, for lack of jurisdiction, and the fact that the court is unable to join an active case with a dismissed case.

Appellant's instant motion appears to reflect a concern that because appellate case number CAAP-12-0000172 is closed and the record inaccessible, that the collateral estoppel and res judicata doctrines would prevent her from raising in appellate case number CAAP-13-0000060 the issue(s) that she wanted to raise in CAAP-12-0000172. The February 29, 2012 district court order appealed from in appellate case number CAAP-12-0000172 is included in the record on appeal in appellate case number CAAP-13-0000060, and "[a]n appeal from a final judgment 'brings up for review all interlocutory orders not appealable directly as of right which deals with issues in the case.'" *Ueoka v. Szymanski*, 107 Hawai'i 386, 396, 114 P.3d 892, 902 (2005).

Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration of the order of July 16, 2013 denying consolidation of appeals CAAP-13-0000060 and CAAP-12-0000172 is denied.

DATED: Honolulu, Hawai'i, August 1, 2013.

Chief Judge

Associate Judge

Associate Judge